**SEALED**

**FILED**
**9/30/2024**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                 Plaintiff, <br>    v. <br> LUIS MIGUEL MELENDEZ, <br>                 Defendant. | CASE NO. 1:24-mj-00114-EPG <br><br> **SEALING ORDER** <br><br> **UNDER SEAL** |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

SEALED until further order of this Court.

DATED: **Sep 30, 2024**

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE