**FILED**
Nov 05, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-MJ-00114 |
| Plaintiff, | [~~PROPOSED~~] **UNSEALING ORDER** |
| v. | |
| LUIS MIGUEL MELENDEZ, | |
| Defendant. | |

Good cause appearing due to the defendant's pending initial appearance, it is hereby ordered that the Criminal Complaint, Arrest Warrant, and related court filings in the above case be UNSEALED.

DATED: November 5, 2024

_____
BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE